# Greenbaum Rowe Smith & Davis LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

ALAN S. NAAR
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

April 25, 2019

*Via ECF*

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court
Martin Luther King, Jr. Federal Bldg. and Courthouse
50 Walnut St.
Newark, NJ 07102

Re:   Aberdeen Canada Funds – Global Equity Fund
      v. Perrigo Company plc, et al.
      Civil Action No. 2:19-cv-6560

Dear Judge Wettre:

This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc in the above-referenced matter.

I am pleased to report that all counsel in this matter have agreed on a form of Stipulation and [Proposed] Discovery Confidentiality Order. The form of Stipulation and [Proposed] Order is similar to the Stipulation and Discovery Confidentiality Order entered by your Honor in the class action, Roofer's Pension Fund adv. Papa, et al., Civil Action No. 2:16-cv-2805 (Document No. 151).

If the form of the Stipulation meets with your Honor's approval, kindly enter it as an Order and have it filed in each of the above-referenced matters.

Very truly yours,

Alan S. Naar

ASN:cd
Enclosure
cc:   All Counsel (*via ecf*)